IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM LEE GRANT, II | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL NO. 5:23-cv-883 |
| WILLIAM BARR, JAMES A. BAKER, III | § § § § | |
| *Defendants*. | § § | |

**NOTICE OF REMOVAL**

Defendants William Barr and James A. Baker, III, in their official capacity, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, hereby files their Notice of Removal with this Court removing the above-entitled action now pending as Cause No. 22-06-00156CVF in the 218TH District Court, Frio County, Texas. In support of thereof, Defendants state as follows:

1. On June 17, 2022, Plaintiff William Lee Grant, II, filed an Amended Complaint in the 218th District Court, Frio County, Texas entitled *William Lee Grant, II v. William Barr, individual capacity, and James A. Baker, III, individual capacity*. A copy of Plaintiff's Amended Complaint and all pleadings are attached hereto as **Exhibit 1**. The Defendants have not been served with the citation or the petition. Trial has not been held or set.

2. This notice of removal is made pursuant to the provisions of 28 U.S.C. § 1442(a)(1) (civil action commenced in a State court against the United States, any agency or officer of the United States).

3. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed today with 218th District Court, Frio County, Texas. A true and correct copy of the Notice to the state court submitting this filed Notice of Removal is attached hereto as **Exhibit 2**.

4. Pursuant to Local Court Rule CV-3(a), a JS 44 Civil Cover Sheet is attached hereto as **Exhibit 3**. Because this case is being initiated via removal, a Supplement to JS 44 is attached as **Exhibit 4**.

WHEREFORE, Defendant United States of America provides this Notice that the action now pending in the 218th District Court, Frio County, Texas against Defendants is removed to this Court.

Respectfully submitted,

**JAIME ESPARZA**
United States Attorney

By:   */s/James E. Dingivan*
**JAMES E. DINGIVAN**
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216-5597
Texas Bar No. 24094139
James.dingivan@usdoj.gov
Tel.  (210) 384-7372; Fax. (210) 384-7312

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the following by certified mail, return receipt requested, address as follows:

Mr. William Lee Grant, *pro se*
901 Wythe Road
Springfield, Illinois 62702

*/s/ James E. Dingivan*
**JAMES E. DINGIVAN**
Assistant United States Attorney