**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**WILLIAM LEE GRANT II,**

  *Plaintiff*,

v.                                      Case No. **SA-23-CV-00883-JKP**

**WILLIAM BARR, JAMES A. BAKER,**

  *Defendants*.

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court hereby **ORDERS** final judgment is entered **DISMISSING WITHOUT PREJUDICE** all remaining claims in this matter.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 16th day of April, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE